# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rice, Walter H. | U.S. District Court, Southern District of Ohio | 07/20/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Senior) | ☐ Nomination    Date<br>☐ Initial   ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
200 West Second Street
Dayton, OH 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Board of Directors | Building Bridges |
| 4. | Trustee | National Aviation Heritage Foundation |
| 5. | Trustee | Wright Dunbar |
| 6. | Board of Advisors | University of Dayton School of Law |
| 7. | Chairperson | Dayton Dialogue on Race Relations |
| 8. | Co-chair | Ex-Offender Reentry Council |
| 9. | Chairman of the Board | American Veterans Heritage Commission |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Ohio Public Employees Retirement System; monthly pension checks |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.   Fifth-Third Bank (cash) | A | Interest | N | T | | | | | |
| 3.   KeyBank (cash) | A | Interest | L | T | | | | | |
| 4.   Wright-Patterson Credit Union (cash) (Y) | | | | | | | | | |
| 5.   TRUST #1 (H) | | | | | | | | | |
| 6.   ML Bank Deposit Program (cash) | A | Interest | J | T | | | | | |
| 7.   Air Producrs & Chem (APD) | A | Dividend | J | T | Sold (part) | 01/10/19 | J | | |
| 8. | | | | | Sold (part) | 01/11/19 | J | | |
| 9. | | | | | Sold (part) | 01/17/19 | J | | |
| 10. | | | | | Sold (part) | 01/18/19 | J | | |
| 11. | | | | | Sold | 01/22/19 | J | | |
| 12. | | | | | Buy | 05/06/19 | J | | |
| 13. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 14. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 15. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 16. | | | | | Sold (part) | 11/14/19 | J | | |
| 17. | | | | | Buy (add'l) | 11/15/19 | J | | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes                 J =$15,000 or less        K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
  (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                  T =Cash Market
  (See Column C2)             U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Amgen Inc Com (AMGN) | A | Dividend | J | T | Sold<br>(part) | 07/26/19 | J | | |
| 19.  Health Care Select SPDR (XLV) | A | Dividend | K | T | Sold<br>(part) | 01/16/19 | J | A | |
| 20. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 21. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 22. | | | | | Sold<br>(part) | 06/13/19 | J | B | |
| 23. | | | | | Sold<br>(part) | 08/14/19 | J | A | |
| 24. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 25.  BB&T Corporation (BBT) | | None | | | Buy<br>(add'l) | 01/10/19 | J | | |
| 26. | | | | | Sold<br>(part) | 01/15/19 | J | | |
| 27. | | | | | Sold<br>(part) | 01/16/19 | J | | |
| 28. | | | | | Sold | 01/17/19 | J | | |
| 29.  Boeing Company (BA) | A | Dividend | | | Sold<br>(part) | 03/21/19 | J | A | |
| 30. | | | | | Sold | 03/22/19 | J | A | |
| 31.  Blackstone Group Inc Com Cl A (BX) | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 33. | | | | | Buy<br>(add'l) | 09/17/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 09/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 36. Bristol-Myers Sqibb Co (BMY) | | None | K | T | Buy | 10/29/19 | J | | |
| 37. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 38. | | | | | Buy (add'l) | 10/31/19 | J | | |
| 39. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 40. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 41. | | | | | Sold (part) | 12/16/19 | J | | |
| 42. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 43. Broadcom Ltd (AVGO) | A | Dividend | K | T | Buy (add'l) | 01/17/19 | J | | |
| 44. | | | | | Buy (add'l) | 03/20/19 | J | | |
| 45. | | | | | Buy (add'l) | 03/21/19 | J | | |
| 46. | | | | | Sold (part) | 07/09/19 | J | A | |
| 47. Caterpillar Inc Del (CAT) | | None | J | T | Buy | 10/29/19 | J | | |
| 48. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 49. | | | | | Buy (add'l) | 10/31/19 | J | | |
| 50. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 51. | | | | | Buy (add'l) | 11/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Carnival Corp Paired SHS | A | Dividend | | | Sold (part) | 05/02/19 | J | A | |
| 53. | | | | | Sold (part) | 05/07/19 | J | A | |
| 54. | | | | | Sold (part) | 06/27/19 | J | | |
| 55. | | | | | Sold | 06/28/19 | J | | |
| 56. Chevron Corp (CVX) | A | Dividend | J | T | Sold (part) | 07/26/19 | J | A | |
| 57. | | | | | Sold (part) | 07/29/19 | J | A | |
| 58. Chubb Ltd (CB) | A | Dividend | K | T | Sold (part) | 01/11/19 | J | | |
| 59. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 60. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 61. | | | | | Sold (part) | 10/25/19 | J | A | |
| 62. | | | | | Sold (part) | 10/29/19 | J | A | |
| 63. Cisco Systems Inc Com (CSCO) | A | Dividend | K | T | Sold (part) | 05/02/19 | J | B | |
| 64. | | | | | Sold (part) | 07/11/19 | J | | |
| 65. Citigroup Inc Com New (C) | A | Dividend | K | T | Buy | 01/17/19 | J | | |
| 66. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 67. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 68. | | | | | Buy (add'l) | 02/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 70. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 71. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 72. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 73. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 74. | | | | | Sold (part) | 12/11/19 | J | A | |
| 75. Coca Cola Com (KO) | A | Dividend | J | T | Sold (part) | 01/11/19 | J | | |
| 76. Crown Castle REIT Inc (CCI) | A | Dividend | J | T | Sold (part) | 01/11/19 | J | | |
| 77. | | | | | Sold (part) | 07/09/19 | J | A | |
| 78. | | | | | Sold (part) | 11/08/19 | J | A | |
| 79. | | | | | Sold (part) | 11/12/19 | J | A | |
| 80. | | | | | Sold (part) | 11/13/19 | J | A | |
| 81. | | | | | Sold (part) | 11/14/19 | J | A | |
| 82. Comm Services Select (XLC) | A | Dividend | K | T | Sold (part) | 01/18/19 | J | | |
| 83. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 84. | | | | | Sold (part) | 04/12/19 | J | A | |
| 85. | | | | | Sold (part) | 08/02/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/24/19 | J | A | |
| 87. | | | | | Sold (part) | 10/18/19 | J | | |
| 88. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 89. Consumer Discretionary SPDR (XLY) | A | Dividend | K | T | Buy (add'l) | 01/18/19 | J | | |
| 90. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 91. | | | | | Sold (part) | 04/12/19 | J | B | |
| 92. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 93. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 94. | | | | | Sold (part) | 08/14/19 | J | A | |
| 95. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 96. | | | | | Sold (part) | 12/10/19 | J | A | |
| 97. Exelon Corporation (EXC) | A | Dividend | | | Buy (add'l) | 02/08/19 | J | | |
| 98. | | | | | Buy (add'l) | 07/11/19 | J | | |
| 99. | | | | | Sold (part) | 10/17/19 | J | A | |
| 100. | | | | | Sold | 10/18/19 | J | B | |
| 101. Entergy Corp New (ETR) | A | Dividend | J | T | Buy | 10/21/19 | J | | |
| 102. | | | | | Buy (add'l) | 10/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 10/24/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 105. | | | | | Buy<br>(add'l) | 10/29/19 | J | | |
| 106. | | | | | Buy<br>(add'l) | 10/30/19 | J | | |
| 107. Exxon Mobile Corp (XOM) | B | Dividend | K | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 02/11/19 | J | | |
| 109. | | | | | Buy<br>(add'l) | 03/20/19 | J | | |
| 110. | | | | | Buy<br>(add'l) | 03/21/19 | J | | |
| 111. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 113. | | | | | Sold<br>(part) | 08/16/19 | J | | |
| 114. | | | | | Sold<br>(part) | 08/19/19 | J | | |
| 115. First Trust Dow Jones (Formerly First TR<br>Exchange Traded Fund) (FDN) | | None | K | T | Buy<br>(add'l) | 08/16/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 117. First TR Cloud Comp ETF (SKYY) | A | Dividend | K | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 118. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Johnson & Johnson Com (JNJ) | A | Dividend | | | Sold (part) | 05/02/19 | J | A | |
| 121. | | | | | Sold | 05/31/19 | J | | |
| 122. Ishares Nasdaq Biotech (IBB) | A | Dividend | J | T | Sold (part) | 08/14/19 | J | A | |
| 123. | | | | | Sold (part) | 12/10/19 | J | A | |
| 124. JP Morgan Chase & Co (JPM) | A | Dividend | K | T | Buy | 01/17/19 | J | | |
| 125. | | | | | Sold (part) | 04/12/19 | J | A | |
| 126. | | | | | Sold (part) | 04/16/19 | J | | |
| 127. | | | | | Sold (part) | 07/30/19 | J | | |
| 128. | | | | | Sold (part) | 06/13/19 | J | A | |
| 129. | | | | | Sold (part) | 12/13/19 | J | | |
| 130. IShares S&P Small Cap 600 Growth (IJT) | A | Dividend | J | T | | | | | |
| 131. IShares S&P Small Cap 600 Value (IJS) | A | Dividend | J | T | | | | | |
| 132. IShares Core S&P US Growth ETF (IUSG) | A | Dividend | K | T | Sold (part) | 08/02/19 | J | A | |
| 133. IShares Core S&P US Value ETF (IUSV) | B | Dividend | K | T | | | | | |
| 134. Amn Elec Power (AEP) | A | Dividend | J | T | Buy (add'l) | 03/26/19 | J | | |
| 135. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 136. | | | | | Sold (part) | 09/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 09/27/19 | J | A | |
| 138. | | | | | Sold (part) | 10/01/19 | J | A | |
| 139. | | | | | Sold (part) | 11/08/19 | J | A | |
| 140. | | | | | Sold (part) | 11/13/19 | J | B | |
| 141. Astrazeneca (AZN) | A | Dividend | | | Sold (part) | 01/22/19 | J | | |
| 142. | | | | | Sold (part) | 01/23/19 | J | A | |
| 143. | | | | | Sold (part) | 09/11/19 | J | A | |
| 144. | | | | | Sold (part) | 09/12/19 | J | A | |
| 145. | | | | | Sold (part) | 09/13/19 | J | A | |
| 146. | | | | | Sold | 09/17/19 | J | A | |
| 147. AT&T Inc. (T) | B | Dividend | K | T | Buy (add'l) | 07/30/19 | J | | |
| 148. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 149. CME Group Inc. (CME) | A | Dividend | | | Sold (part) | 01/11/19 | J | A | |
| 150. | | | | | Sold (part) | 01/14/19 | J | B | |
| 151. | | | | | Sold (part) | 02/05/19 | J | A | |
| 152. | | | | | Sold (part) | 02/06/19 | J | A | |
| 153. | | | | | Sold (part) | 03/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold (part) | 03/19/19 | J | A | |
| 155. | | | | | Sold (part) | 05/02/19 | J | A | |
| 156. | | | | | Sold | 05/07/19 | J | A | |
| 157.  Digital Rlty Tr Inc. (DLR) | A | Dividend | J | T | Sold (part) | 01/24/19 | J | A | |
| 158. | | | | | Sold (part) | 01/25/19 | J | A | |
| 159. | | | | | Sold (part) | 01/28/19 | J | A | |
| 160. | | | | | Sold (part) | 01/29/19 | J | A | |
| 161. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 162. | | | | | Sold (part) | 11/08/19 | J | A | |
| 163. | | | | | Sold (part) | 11/12/19 | J | A | |
| 164. | | | | | Sold (part) | 11/13/19 | J | A | |
| 165. | | | | | Sold (part) | 11/14/19 | J | A | |
| 166.  Duke Energy Corp (DUK) | A | Dividend | | | Sold (part) | 05/15/19 | J | | |
| 167. | | | | | Sold (part) | 04/16/19 | J | | |
| 168. | | | | | Sold (part) | 05/14/19 | J | A | |
| 169. | | | | | Sold (part) | 05/16/19 | J | A | |
| 170. | | | | | Sold | 05/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Fifth Third Bancorp (FITB) | | None | J | T | Buy | 10/26/19 | J | | |
| 172. | | | | | Buy (add'l) | 10/31/19 | J | | |
| 173. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 174. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 175.  Home Depot Inc (HD) | A | Dividend | J | T | Buy | 09/30/19 | J | | |
| 176. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 177. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 178. | | | | | Buy (add'l) | 01/03/19 | J | | |
| 179.  JP Morgan Chase & Co (JPM) | A | Dividend | K | T | Buy (add'l) | 01/17/19 | J | | |
| 180. | | | | | Sold (part) | 04/12/19 | J | A | |
| 181. | | | | | Sold (part) | 04/16/19 | J | | |
| 182. | | | | | Sold (part) | 07/26/19 | J | C | |
| 183. | | | | | Sold (part) | 07/29/19 | J | A | |
| 184. | | | | | Sold (part) | 07/30/19 | J | A | |
| 185. | | | | | Sold (part) | 11/13/19 | J | A | |
| 186. | | | | | Sold (part) | 12/11/19 | J | B | |
| 187.  Kinder Morgan Inc. (KMI) | A | Dividend | J | T | Buy | 07/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 189. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 190. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 191. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 192.  Lockheed Martin Corp (LMT) | A | Dividend | J | T | Sold (part) | 08/14/19 | J | A | |
| 193. | | | | | Sold (part) | 08/15/19 | J | B | |
| 194. | | | | | Sold (part) | 10/25/19 | J | B | |
| 195. | | | | | Sold (part) | 10/28/19 | J | B | |
| 196. | | | | | Sold (part) | 10/29/19 | J | B | |
| 197.  McDonalds Corp. (MCD) | A | Dividend | J | T | Sold (part) | 03/18/19 | J | B | |
| 198. | | | | | Sold (part) | 03/21/19 | J | B | |
| 199.  Medtronic Plc SHS (MDT) | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 200. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 201. | | | | | Buy (add'l) | 09/17/19 | J | | |
| 202.  Merk and Co Ins SHS (MRK) | A | Dividend | K | T | Buy (add'l) | 05/23/19 | J | | |
| 203. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 204. | | | | | Sold (part) | 07/26/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 01/29/19 | J | A | |
| 206. | | | | | Sold<br>(part) | 10/25/19 | J | A | |
| 207. | | | | | Sold<br>(part) | 10/28/19 | J | A | |
| 208. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 209. | | | | | Sold<br>(part) | 07/09/19 | J | B | |
| 210. Pepsico Inc (PEP) | A | Dividend | J | T | Sold<br>(part) | 01/11/19 | J | A | |
| 211. | | | | | Sold<br>(part) | 09/11/19 | J | A | |
| 212. | | | | | Sold<br>(part) | 09/12/19 | J | A | |
| 213. Pfizer Inc. (PFE) | A | Dividend | K | T | Buy<br>(add'l) | 05/06/19 | J | | |
| 214. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 215. | | | | | Buy<br>(add'l) | 05/08/19 | J | | |
| 216. | | | | | Sold<br>(part) | 12/11/19 | J | A | |
| 217. Procter & Gamble Co (PG) | | None | J | T | Buy | 09/13/19 | J | | |
| 218. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 219. | | | | | Buy<br>(add'l) | 09/17/19 | J | | |
| 220. Prudential Financial Inc (PRU) | A | Dividend | K | T | Buy | 11/14/19 | J | | |
| 221. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 223. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 224. | | | | | Buy<br>(add'l) | 11/22/19 | J | | |
| 225. | | | | | Buy<br>(add'l) | 11/25/19 | J | | |
| 226. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 227. | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 228. Real Estate Select Sector SPDR FD SHS (XLRE) | A | Dividend | J | T | Sold<br>(part) | 03/20/19 | J | A | |
| 229. Royal Bank Canada (RY) | A | Dividend | J | T | Buy | 01/24/19 | J | | |
| 230. | | | | | Buy<br>(add'l) | 01/25/19 | J | | |
| 231. | | | | | Buy<br>(add'l) | 01/28/19 | J | | |
| 232. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 233. | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 234. | | | | | Buy<br>(add'l) | 02/04/19 | J | | |
| 235. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 236. | | | | | Buy<br>(add'l) | 03/26/19 | J | | |
| 237. | | | | | Buy<br>(add'l) | 03/27/19 | J | | |
| 238. | | | | | Buy<br>(add'l) | 03/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 09/11/19 | J | A | |
| 240. | | | | | Sold<br>(part) | 09/12/19 | J | A | |
| 241. | | | | | Sold<br>(part) | 09/13/19 | J | A | |
| 242. Royal Dutch Shell PLC Spons ADR B<br>(RDSB) | A | Dividend | K | T | Buy<br>(add'l) | 02/11/19 | J | | |
| 243. | | | | | Buy<br>(add'l) | 02/12/19 | J | | |
| 244. | | | | | Sold<br>(part) | 12/12/19 | J | A | |
| 245. Simon Property Group Del (SPG) | A | Dividend | | | Sold<br>(part) | 09/11/19 | J | A | |
| 246. | | | | | Sold<br>(part) | 09/16/19 | J | | |
| 247. | | | | | Sold<br>(part) | 09/18/19 | J | | |
| 248. | | | | | Sold<br>(part) | 12/13/19 | J | | |
| 249. | | | | | Sold<br>(part) | 12/16/19 | J | | |
| 250. | | | | | Sold<br>(part) | 12/17/19 | J | | |
| 251. | | | | | Sold | 12/16/19 | J | | |
| 252. Sysco Corporation (SYY) | | None | | | Sold<br>(part) | 01/11/19 | J | | |
| 253. | | | | | Sold<br>(part) | 02/05/19 | J | A | |
| 254. | | | | | Sold<br>(part) | 02/06/19 | J | A | |
| 255. | | | | | Sold<br>(part) | 02/07/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold | 02/08/19 | J | | |
| 257. Suntrust Bks Inc (STI) | | None | | | Buy | 07/12/19 | J | | |
| 258. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 259. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 260. | | | | | Buy<br>(add'l) | 07/17/19 | J | | |
| 261. | | | | | Buy<br>(add'l) | 07/18/19 | J | | |
| 262. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 263. | | | | | Buy<br>(add'l) | 08/19/19 | J | | |
| 264. | | | | | Merged<br>(with line 265) | 12/09/19 | K | | |
| 265. Truist Finl Corp (TFC) (X) | | None | K | T | | | | | |
| 266. Target Corp (TGT) | A | Dividend | K | T | Sold<br>(part) | 09/26/19 | J | A | |
| 267. | | | | | Sold<br>(part) | 09/27/19 | J | A | |
| 268. | | | | | Sold<br>(part) | 09/30/19 | J | A | |
| 269. | | | | | Sold<br>(part) | 10/01/19 | J | A | |
| 270. Sector SPDR Financial (XLF) | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 271. | | | | | Sold<br>(part) | 09/12/19 | J | A | |
| 272. | | | | | Sold<br>(part) | 10/16/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Toronto Dominion Bank (TD) | A | Dividend | J | T | Sold (part) | 08/20/19 | J | A | |
| 274. | | | | | Sold (part) | 09/11/19 | J | A | |
| 275. | | | | | Sold (part) | 09/16/19 | J | A | |
| 276. United Parcel Svc CL B (UPS) | A | Dividend | K | T | Buy | 07/30/19 | J | | |
| 277. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 278. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 279. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 280. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 281. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 282. | | | | | Sold (part) | 08/19/19 | J | | |
| 283. | | | | | Buy (add'l) | 08/21/19 | J | | |
| 284. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 285. United Techs Corp Com (UTX) | A | Dividend | K | T | | | | | |
| 286. V F Corporation (VFC) | | None | J | T | Buy | 12/23/19 | J | | |
| 287. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 288. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 289. Vanguard Consumer (VDC) | A | Dividend | J | T | Sold (part) | 08/14/19 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. Vanguard FTSE Developed Markets ETF (VEA) | B | Dividend | L | T | Buy (add'l) | 04/16/19 | J | | |
| 291. Vanguard Industrial (VIS) | A | Dividend | K | T | Sold (part) | 01/18/19 | J | A | |
| 292. | | | | | Sold (part) | 03/05/19 | J | A | |
| 293. | | | | | Sold (part) | 04/12/19 | J | B | |
| 294. | | | | | Sold (part) | 04/23/19 | J | B | |
| 295. | | | | | Sold (part) | 08/14/19 | J | B | |
| 296. | | | | | Sold (part) | 10/16/19 | J | A | |
| 297. Vanguard Information Tech (VGT) | A | Dividend | L | T | Buy (add'l) | 01/18/19 | J | | |
| 298. | | | | | Sold (part) | 03/05/19 | J | A | |
| 299. | | | | | Sold (part) | 03/20/19 | J | A | |
| 300. | | | | | Sold (part) | 04/12/19 | J | A | |
| 301. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 302. | | | | | Sold (part) | 08/06/19 | J | | |
| 303. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 304. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 305. | | | | | Sold (part) | 12/12/19 | J | B | |
| 306. Vanguard Materials (VAW) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Verizon Communicatns Com (VZ) | A | Dividend | J | T | Buy (add'l) | 05/06/19 | J | | |
| 308. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 309. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 310. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 311. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 312. | | | | | Buy (add'l) | 06/13/19 | J | | |
| 313. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 314. | | | | | Sold (part) | 10/25/19 | J | A | |
| 315. | | | | | Sold (part) | 10/28/19 | J | A | |
| 316. | | | | | Sold (part) | 10/29/19 | J | A | |
| 317. | | | | | Sold (part) | 10/30/19 | J | B | |
| 318. | | | | | Sold (part) | 11/01/19 | J | A | |
| 319. | | | | | Sold (part) | 11/08/19 | J | A | |
| 320. | | | | | Sold | 10/31/19 | J | A | |
| 321. Walmart Inc (WMT) | A | Dividend | J | T | Buy (add'l) | 01/17/19 | J | | |
| 322. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 323. | | | | | Sold (part) | 05/02/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Sold<br>(part) | 05/03/19 | J | A | |
| 325. Wells Fargo & Co New Del (WFC) | | None | | | Sold | 01/11/19 | J | | |
| 326. TRUST #2 (H) | | | | | | | | | |
| 327. BIF Money Fund (cash) | A | Interest | J | T | | | | | |
| 328. Alaska Mun Bd Bk Ak Mun (01179PX93) | B | Interest | | | Redeemed | 09/03/19 | K | | |
| 329. Florida St Brd Ed Pub Cap Outlay (34153PP93) | B | Interest | | | Redeemed | 06/06/19 | K | | |
| 330. Massachusetts ST Dev Fin (57584XUB5) | C | Interest | M | T | | | | | |
| 331. Wake Cnty NC Ltd Oblig (930876CL9) | B | Interest | L | T | | | | | |
| 332. Minnesota St. Ser D (60412AGR8) | C | Interest | L | T | | | | | |
| 333. Mississippi St Lt SER B (605581HZ3) | C | Interest | L | T | | | | | |
| 334. North Dakota Pub Fin (65887PRK3) | C | Interest | L | T | | | | | |
| 335. Milwaukee Wis Sew Rev (60242MCD3) | B | Interest | M | T | Buy | 09/11/19 | M | | |
| 336. Virginia CBA Va Ed (92778WAE6) | B | Interest | | | Redeemed | 09/03/19 | K | | |
| 337. Alburquerque NM Mun SD (013595TG8) | C | Interest | L | T | | | | | |
| 338. Delaware Cnty PA Auth Rev Villanova Univ (245913LA4) | C | Interest | L | T | | | | | |
| 339. Met GVT Nashville-Davidson Co Tn Rf (592112LW4) | B | Interest | L | T | | | | | |
| 340. Delaware St Ser B RF (246381FC6) | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. Chicago Ill O Hare Intl (167593B92) | B | Interest | L | T | | | | | |
| 342. Honolulu HI CY-CO WWTR Sys Rev Sr-First BD (438701J96) | C | Interest | L | T | | | | | |
| 343. New York St Dorm Auth St Pers Income Tax Rev D RF (64990E5P8) | C | Interest | L | T | | | | | |
| 344. Sioux Falls SD Sales Tax (829594LQ1) | B | Interest | L | T | | | | | |
| 345. Denver Colo City & Cnty Sch Dist NO1 Sch GTD (249174VF7) | C | Interest | L | T | | | | | |
| 346. New Jersey St Tpk Auth (646139B20) | C | Interest | L | T | | | | | |
| 347. Fort Bend Tex Indpt Sch Dist (346843QN8) | | None | L | T | Buy | 07/30/19 | L | | |
| 348. Washington St Var Purp (93974D2S6) | C | Interest | L | T | | | | | |
| 349. IRA #1 (H) | | | | | | | | | |
| 350. Comm Services Select Sector (XLC) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 351. Consumer Discretionary (XLY) | A | Dividend | J | T | Sold (part) | 09/30/19 | J | A | |
| 352. First TR Exchange Traded (FDN) | | None | J | T | | | | | |
| 353. Health Care Select SPDR (XLV) | A | Dividend | J | T | Sold (part) | 04/25/19 | J | A | |
| 354. IShares NASDAQ Biotech (IBB) | A | Dividend | J | T | | | | | |
| 355. IShares Core S&P US Growth ETF (IUSG) | A | Dividend | J | T | Sold (part) | 09/30/19 | J | A | |
| 356. IShares Core S&P US Value ETF (IUSV) | A | Dividend | J | T | Sold (part) | 09/30/19 | J | A | |
| 357. Ishares MSCI Emerging (EEMA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  Materials Select Sector (XLB) | A | Dividend | J | T | | | | | |
| 359.  Real Estate Select (XLRE) | A | Dividend | J | T | | | | | |
| 360.  Sector SPDR Consmrs Stpl (XLP) | A | Dividend | J | T | Sold<br>(part) | 09/30/19 | J | A | |
| 361.  Sector SPDR Energy (XLE) (X) | A | Dividend | J | T | | | | | |
| 362.  Sector SPDR Industrial (XLI) | A | Dividend | J | T | Sold<br>(part) | 01/18/19 | J | | |
| 363. | | | | | Sold<br>(part) | 09/30/19 | J | A | |
| 364.  Sector SPDR Utilities (XLI) (X) | A | Dividend | J | T | | | | | |
| 365.  Vanguard Financials ETF (VFH) | A | Dividend | J | T | Sold<br>(part) | 09/30/19 | J | A | |
| 366.  Vanguard Information (VGT) | A | Dividend | J | T | Sold<br>(part) | 01/18/19 | J | | |
| 367. | | | | | Sold<br>(part) | 09/30/19 | J | A | |
| 368.  Vanguard FTSE Developed Markets ETF<br>(VEA) | A | Dividend | J | T | Sold<br>(part) | 09/30/19 | J | A | |
| 369.  Trust #3 (H) | | | | | | | | | |
| 370.  ML Bank Deposit - BOA (cash) | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rice, Walter H.** | 07/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Walter H. Rice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544